# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2010

140132

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re Petition of WAYNE COUNTY
TREASURER.

_____

WAYNE COUNTY TREASURER,
       Petitioner,

v

ROMEL CASAB and BAN CASAB,
       Respondents-Appellees.

and

JEFFREY A. BOLYARD and DETROIT
WAREHOUSE COMPANY, INC.,
       Respondents,

and

KASSEM BEYDOUN, GHADA BEYDOUN,
HOUSTON SERVICES, INC., H & T SERVICES,
INC., and HAYS ENTERPRISES, INC.,
       Intervening Parties-Appellants.

_____/

SC: 140132
COA: 285703
Wayne CC: 05-517048-PZ

On order of the Court, the application for leave to appeal the October 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

s0322

_____
Clerk